ntcnodsc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

Randall Ralph Carlson and Rebecca Goad Richardson−Carlson

Bankruptcy Proceeding No. 07−40371−TLS
Chapter 13

Debtor(s)

Judge: Thomas L. Saladino

# NOTICE OF CASE CLOSING WITH NO DISCHARGE

All creditors and parties in interest are notified that the above−case has been closed. The above−named debtor(s) has/have been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a Certification of Completion of Instructional Course Concerning Financial Management proving compliance, a requirement for a discharge.

- ☑ Debtor has not filed a Certification by Debtor in Support of Discharge as required by Nebraska Amended General Order 07−04. This section is applicable to chapter 12 and 13 cases only.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee and provide notice to all parties in interest.

The Trustee having filed a report that the estate has been fully administered, is discharged.

- ☐ Debtor has received a discharge in a previous case. Therefore, the debtor is ineligible to receive a discharge in this case pursuant to Section 727(a)(8),(9) or Section 1328(f)(1),(2).

Dated: 5/3/11

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies served on all creditors and parties in interest.